This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-42044**

**STATE OF NEW MEXICO,**

      Plaintiff-Appellant,

v.

**KAREN ESCOBEDO,**

      Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Conrad F. Perea, District Court Judge**

Raúl Torrez, Attorney General
Santa Fe, NM, NM
Serena R. Wheaton, Assistant Solicitor General
Albuquerque, NM

for Appellant

Bennett J. Baur, Chief Public Defender
Kathleen T. Baldridge, Assistant Appellate Defender
Santa Fe, NM

for Appellee

### MEMORANDUM OPINION

**HENDERSON, Judge.**

**{1}**    Summary reversal and remand was proposed for the reasons stated in the second notice of proposed summary disposition. Appellee has filed a memorandum in support of that disposition. Appellant has filed a notice with this Court informing us that they oppose the proposed summary disposition. Accordingly, we rely on the reasoning contained in our second notice of proposed disposition. **REVERSED and REMANDED.**

**{2}**     **IT IS SO ORDERED.**

**SHAMMARA H. HENDERSON, Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**KRISTINA BOGARDUS, Judge**